No. 96–6802.   VELEZ *v.* PUERTO RICO, *ante,* p. 1067;
No. 96–6804.   ARTEAGA *v.* UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA, *ante,* p. 1097;
No. 96–6827.   GIBBS *v.* UNITED STATES, *ante,* p. 1068;
No. 96–6854.   RANEY *v.* UNITED STATES, *ante,* p. 1069; and
No. 96–6965.   KARIM-PANAHI *v.* COMMISSIONER OF INTERNAL
REVENUE, *ante,* p. 1083.   Petitions for rehearing denied.

FEBRUARY 26, 1997

No. A–615.   GRAY *v.* NETHERLAND, WARDEN.   Application for
stay of execution of sentence of death, presented to THE CHIEF
JUSTICE, and by him referred to the Court, denied.

No. 96–7984 (A–609).   IN RE GRAY.   Application for stay of exe-
cution of sentence of death, presented to THE CHIEF JUSTICE, and
by him referred to the Court, denied.   Petition for writ of habeas
corpus and petition for writ of mandamus denied.

No. 96–7976 (A–612).   GRAY *v.* NETHERLAND, WARDEN.   C. A.
4th Cir.   Application for stay of execution of sentence of death,
presented to THE CHIEF JUSTICE, and by him referred to the
Court, denied.   Certiorari denied.